MARETTA L. STEBBINS, Respondent, *v.* WILLIAM BREESE, Appellant.

(Argued March 26, 1886; decided April 13, 1886.)

*Geo. W. Ray* for appellant.

*Albert F. Gladding* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN O. MURDOCK, Appellant, *v.* LEWIS S. ABBOTT et al., Executors, etc., Respondents.

(Argued November 23, 1885; decided April 20, 1886.)

*Isaac H. Maynard* for appellant.

*William Youmans* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed

---

SAMUEL L. M. BARLOW et al., Appellants, *v.* MARIA J. MYERS, Impleaded, etc., Respondent.

(Argued February 11, 1886; decided April 20, 1886.)

*William G. Choate* for appellants.

*Brown & Garfield* for respondent.

Agree to affirm ; no opinion.
All concur, except RAPALLO and EARL, JJ., dissenting.
Judgment affirmed.